ALBERT W. COLBY, JR., Respondent, v. BIDWELL P. DREW, Appellant. JEANETTE COLBY, Respondent, v. BIDWELL P. DREW, Appellant.—

Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.